## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL CONSTRUCTION PRODUCTS LLC,<br><br>Plaintiff,<br><br>v.<br><br>CATERPILLAR INC., KOMATSU AMERICA CORP., VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, LLC and ASSOCIATED AUCTION SERVICES, LLC, doing business as Cat Auction Services,<br><br>Defendants. | C.A. No. 1:15-cv-00108-RGA |

### DEFENDANT CATERPILLAR INC.'S MOTION TO DISMISS INTERNATIONAL CONSTRUCTION PRODUCTS LLC'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Caterpillar Inc. ("Caterpillar") hereby moves to dismiss all Counts asserted against Caterpillar in Plaintiff International Construction Products LLC's Complaint (D.I. 1) for failure to state a claim upon which relief can be granted. As Caterpillar understands the Complaint, Counts 1-8 and 11-18 are asserted against Caterpillar; Counts 9-10, are not. To the extent Plaintiff contends all Counts are asserted against Caterpillar, Caterpillar moves to dismiss all Counts. The grounds for this Motion are fully set forth in the Joint Opening Brief In Support of Defendants' Motions to Dismiss Complaint, which has been filed contemporaneously herewith and is incorporated fully by this reference.

WHEREFORE, Defendant Caterpillar respectfully requests that the Court dismiss all Counts of the Complaint (D.I. 1).

Respectfully submitted,

Robert G. Abrams (*pro hac vice*)          POTTER ANDERSON & CORROON, LLP
Gregory J. Commins, Jr. (*pro hac vice*)
Danyll W. Foix (*pro hac vice*)
BAKER & HOSTETLER LLP                       By:  /s/ David J. Baldwin
1050 Connecticut Ave., N.W., Ste. 1100           David J. Baldwin (Del. Bar No. 1010)
Washington, D.C.  20036-5304                     Janine L. Hochberg (Del. Bar No. 5188)
Tel:  (202) 861-1500                             Hercules Plaza, 6th Floor
rabrams@bakerlaw.com                             1313 N. Market Street
gcommins@bakerlaw.com                            Wilmington, DE  19801
dfoix@bakerlaw.com                               Tel:  (302) 984-6000
                                                 dbaldwin@potteranderson.com
                                                 jhochberg@potteranderson.com

Dated: April 20, 2015                       *Attorneys for Defendant Caterpillar Inc.*

## CERTIFICATE OF SERVICE

I, David J. Baldwin, hereby certify that on April 20, 2015, the attached documents were electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the documents have been filed and are available for viewing and downloading:

John W. Shaw
Shaw Keller LLP
300 Delaware Avenue - Suite 1120
Wilmington, DE 19801
jshaw@shawkeller.com

*Attorneys for Plaintiff*

Denise Seastone Kraft
Laura D. Hatcher
Brian A. Biggs
DLA Piper LLP
1201 N. Market Street - Suite 2100
Wilmington, DE 19801
denise.kraft@dlapiper.com
laura.hatcher@dlapiper.com
brian.biggs@dlapiper.com

*Attorneys for Defendant Komatsu America Corp.*

M. Duncan Grant
James H. S. Levine
Pepper Hamilton LLP
Hercules Plaza – Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
grantm@pepperlaw.com
levinejh@pepperlaw.com

*Attorneys for Defendant Volvo Construction Equipment North America LLC*

Edward F. Eaton
Connolly Gallagher LLP
Brandywine Building
1000 West Street – Suite 1400
Wilmington, DE 19801
meaton@connollygallagher.com

*Attorneys for Defendant Associated Auction Services LLC d/b/a Cat Auction Services*

/s/ David J. Baldwin
David J. Baldwin (No. 1010)
Janine L. Hochberg (No. 5188)
POTTER ANDERSON & CORROON LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE  19801
(302) 984-6000
dbaldwin@potteranderson.com
jhochberg@potteranderson.com

*Attorneys for Defendant Caterpillar Inc.*