IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTERNATIONAL CONSTRUCTION PRODUCTS LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 15-108-RGA |
| CATERPILLAR INC., KOMATSU AMERICA CORP., VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, LLC and ASSOCIATED AUCTION SERVICES, LLC, doing business as Cat Auction Services, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on September 26, 2016, the following document was served on the persons listed below in the manner indicated:

1) International Construction Products LLC's First Request for the Production of Documents

**BY FIRST CLASS MAIL & E-MAIL**

Denise S. Kraft
Laura D. Hatcher
Brian A. Biggs
DLA PIPER LLP (US)
1201 North Market Street, Suite 2100
Wilmington, DE 19801
(302) 468-5700
denise.kraft@dlapiper.com
laura.hatcher@dlapiper.com
brian.biggs@dlapiper.com

David H. Bamberger
Katherine M. Ruffing
James F. Reardon
DLA PIPER LLP (US)
500 Eighth Street, NW
Washington, DC 20004
(202) 799-4500
david.bamberger@dlapiper.com
Katie.ruffing@dlapiper.com
james.reardon@dlapiper.com

*Attorneys for Defendant Komatsu America Corp.*

| | |
|---|---|
| Henry E. Gallagher, Jr.<br>CONNOLLY GALLAGHER LLP<br>The Brandywine Building<br>1000 West Street, Suite 1400<br>Wilmington, DE  19801<br>(302) 757-7300<br>hgallagher@connollygallagher.com<br><br>*Attorneys for Defendant Associated Auction Services, LLC* | Quentin R. Wittrock<br>Kelly W. Hoversten<br>GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.<br>500 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN  55402<br>(612) 632-3000<br>quentin.wittrock@gpmlaw.com<br>kelly.hoversten@gpmlaw.com |
| David Baldwin<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE  19801<br>(302) 984-6000<br>dbaldwin@potteranderson.com<br><br>*Attorneys for Defendant Caterpillar Inc.* | Robert G. Abrams<br>Robert J. Brookhiser, Jr.<br>Gregory J. Commins, Jr.<br>Danyll W. Foix<br>BAKER HOSTETLER LLP<br>Washington Square, Suite 1100<br>1050 Connecticut Avenue, NW<br>Washington, DC  20036<br>(202) 861-1536<br>rabrams@bakerlaw.com<br>rbrookhisere@bakerlaw.com<br>gcommins@bakerlaw.com<br>dfoix@bakerlaw.com |
| M. Duncan Grant<br>James H. S. Levine<br>PEPPER HAMILTON LLP<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>P.O. Box 1709<br>Wilmington, DE 19899<br>(302) 777-6500<br>grantm@pepperlaw.com<br>levinejh@pepperlaw.com<br><br>*Attorneys for Defendant Volvo Construction Equipment North America, LLC* | Jeremy Heep<br>Robin P. Sumner<br>Melissa J. Hatch O'Donnell<br>PEPPER HAMILTON LLP<br>3000 Two Logan Square<br>Eighteenth and Arch Streets<br>Philadelphia, PA  19103<br>(215) 981-4000<br>heepj@pepperlaw.com<br>sumner@pepperlaw.com<br>odonnelm@pepperlaw.com |

| | |
|---|---|
| OF COUNSEL:<br>David Boies<br>BOIES, SCHILLER & FLEXNER LLP<br>333 Main Street<br>Armonk, NY 10504<br>(914) 749-8200<br><br>James P. Denvir<br>Amy J. Mauser<br>Christopher G. Renner<br>BOIES, SCHILLER & FLEXNER LLP<br>5301 Wisconsin Avenue NW<br>Washington, DC 20015<br>(202) 237-2727<br><br>Dated: September 26, 2016 | */s/ Nathan R. Hoeschen*<br>John W. Shaw (No. 3362)<br>Nathan R. Hoeschen (No. 6232)<br>SHAW KELLER LLP<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE 19801<br>(302) 298-0701<br>jshaw@shawkeller.com<br>nhoeschen@shawkeller.com<br>*Attorneys for Plaintiff* |