**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| INTERNATIONAL CONSTRUCTION PRODUCTS LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) C.A. No. 15-108-RGA ) |
| CATERPILLAR INC., KOMATSU AMERICA CORP., VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, LLC and ASSOCIATED AUCTION SERVICES, LLC, doing business as Cat Auction Services, | ) **JURY TRIAL DEMANDED** ) ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 18, 2016, the following document was served on the persons listed below in the manner indicated:

1) Manufacturer Defendants' First Set of Joint Requests for Production of Documents to Plaintiff

## BY FIRST CLASS MAIL AND EMAIL

David Boies
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, York, NY 10504
dboies@bsfllp.com

James P. Denvir
Amy J. Mauser
Christopher G. Renner
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue NW
Washington, DC 20015
jdenvir@bsfllp.com
amauser@bsfllp.com
crenner@bsfllp.com

John W. Shaw
Nathan R. Hoeschen
David M. Fry
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
jshaw@shawkeller.com
nhoeschen@shawkeller.com
dfry@shawkeller.com

*Attorneys for Plaintiff*

**BY EMAIL**

Quentin R. Wittrock
GRAY PLANT MOOTY
500 IDS Center
80 South 8th Street
Minneapolis, MN 55402
quentin.wittrock@gpmlaw.com
kelly.hoversten@gpmlaw.com


*Attorneys for Defendant Associated Auction
Services, LLC d/b/a Cat Auction Services*

Dated:  October 18, 2016

Henry E. Gallagher, Jr.
Edward F. Eaton
CONNOLLY GALLAGHER LLP
The Brandywine Building
1000 West Street
Suite 1400
Wilmington, DE 19801
hgallagher@connollygallagher.com
meaton@connollygallagher.com




*/s/ James H.S. Levine*
James H. S. Levine (Del. Bar No. 5355)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: 302.777.6500
Facsimile:  302.421.8390
levinejh@pepperlaw.com

*Attorney for Defendant Volvo Construction
Equipment North America, LLC*