IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL CONSTRUCTION PRODUCTS LLC, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> CATERPILLAR INC., KOMATSU AMERICA CORP., ASSOCIATED AUCTION SERVICES, LLC d/b/a CAT AUCTION SERVICES, RING POWER CORPORATION, ZIEGLER INC., and THOMPSON TRACTOR COMPANY, INC. ) <br> ) <br> *Defendants*. ) | Civ. No. 15-108-RGA |

**ORDER**

IT IS HEREBY ORDERED, for the reasons stated in the accompanying Memorandum that:

1. Plaintiff's Motion for Reargument (D.I. 242) is **GRANTED**. The claims against Defendants Ring Power Corporation, Thompson Tractor Company, Inc., and Ziegler Inc. are **TRANSFERRED** to the United States District Court for the Northern District of Florida.

2. Plaintiff's Motion to Transfer pursuant to 28 U.S.C. § 1404(a) (D.I. 244) is **DISMISSED** in part as moot, and otherwise **DENIED**.

Dated: August 10, 2020            /s/ Richard G. Andrews
                                  UNITED STATES DISTRICT JUDGE