# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL CONSTRUCTION PRODUCTS LLC, <br><br> Plaintiff, <br><br> v. <br><br> CATERPILLAR INC. et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 15-108-RGA-SRF <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 2, 2022, the following document was served on the persons listed below in the manner indicated:

1) Plaintiff International Construction Products LLC's Fourth Set of Interrogatories to Defendant Caterpillar Inc.

**BY E-MAIL**

Caterpillar Inc.
Joseph Ostoyich
Heather Choi
Paul Cuomo
Adam Dec
Danielle Morello
BAKER BOTTS LLP
700 K Street, N.W.
Washington, DC 20001
Joseph.Ostoyich@bakerbotts.com
Heather.Choi@bakerbotts.com
Paul.Cuomo@bakerbotts.com
Adam.Dec@bakerbotts.com
Danielle.Morello@bakerbotts.com

David J. Baldwin
Peter McGivney
BERGER HARRIS LLP
1105 North Market Street, 11th Floor
Wilmington, DE 19801
dbaldwin@bergerharris.com
pmcgivney@bergerharris.com

|  |  |
|---|---|
| OF COUNSEL: | PAUL, WEISS, RIFKIND,<br>WHARTON & GARRISON LLP<br><br>By: /s/ Matthew D. Stachel |
| William A. Isaacson (*pro hac vice*)<br>Amy J. Mauser (*pro hac vice*)<br>David E. Cole (*pro hac vice*)<br>PAUL, WEISS, RIFKIND,<br>  WHARTON & GARRISON LLP<br>2001 K Street, NW<br>Washington, DC 20006-1047<br>Tel.: (202) 223-7300<br>Fax: (202) 223-7420<br>wisaacson@paulweiss.com<br>amauser@paulweiss.com<br>dcole@paulweiss.com | Daniel A. Mason (No. 5206)<br>Matthew D. Stachel (No. 5419)<br>500 Delaware Avenue, Suite 200<br>P.O. Box 32<br>Wilmington, DE 19899-0032<br>Tel.: (302) 655-4410<br>Fax: (302) 655-4420<br>dmason@paulweiss.com<br>mstachel@paulweiss.com<br><br>*Attorneys for the Plaintiff* |

Dated: December 2, 2022