# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL CONSTRUCTION PRODUCTS LLC, | ) ) ) |
| Plaintiff, | ) ) ) C.A. No. 15-108-RGA-SRF |
| v. | ) ) |
| CATERPILLAR INC. et al., | ) ) |
| Defendants. | ) ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 12, 2023, the following documents were served on the persons listed below in the manner indicated:

1) Expert Report of Jeffrey Leitzinger, Ph.D.; and

2) Expert Report of Mike Rhoda.

**BY E-MAIL and FTP**

Caterpillar Inc.
Joseph Ostoyich
Clifford Chance US LLP
2001 K Street NW
Washington, DC 20006-1001
Joseph.Ostoyich@cliffordchance.com

Heather Choi
Paul Cuomo
Adam Dec
Danielle Morello
BAKER BOTTS LLP
700 K Street, N.W.
Washington, DC 20001
Heather.Choi@bakerbotts.com
Paul.Cuomo@bakerbotts.com
Adam.Dec@bakerbotts.com
Danielle.Morello@bakerbotts.com

David J. Baldwin
Peter McGivney
BERGER HARRIS LLP
1105 North Market Street, 11th Floor
Wilmington, DE 19801
dbaldwin@bergerharris.com
pmcgivney@bergerharris.com

| | |
|---|---|
| | PAUL, WEISS, RIFKIND,<br>WHARTON & GARRISON LLP |
| OF COUNSEL: | By: */s/ Matthew D. Stachel* |
| | Matthew D. Stachel (No. 5419) |
| William A. Isaacson (*pro hac vice*) | 500 Delaware Avenue, Suite 200 |
| Amy J. Mauser (*pro hac vice*) | P.O. Box 32 |
| David E. Cole (*pro hac vice*) | Wilmington, DE 19899-0032 |
| PAUL, WEISS, RIFKIND, | Tel.: (302) 655-4410 |
|   WHARTON & GARRISON LLP | Fax: (302) 655-4420 |
| 2001 K Street, NW | mstachel@paulweiss.com |
| Washington, DC 20006-1047 | |
| Tel.: (202) 223-7300 | *Attorneys for Plaintiff* |
| Fax: (202) 223-7420 | |
| wisaacson@paulweiss.com | |
| amauser@paulweiss.com | |
| dcole@paulweiss.com | |

Dated: July 12, 2023