PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

500 DELAWARE AVENUE, SUITE 200, POST OFFICE BOX 32, WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

WRITER'S DIRECT DIAL NUMBER

(302) 655-4423

WRITER'S DIRECT E-MAIL ADDRESS

mstachel@paulweiss.com

WRITER'S DIRECT FACSIMILE

(302) 397-2682

1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
TELEPHONE (212) 373-3000

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 – 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

535 MISSION STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105
TELEPHONE (628) 432-5100

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

November 28, 2023

**Via CM/ECF**

The Honorable Richard G. Andrews
J. Caleb Boggs Federal Building
844 N. King Street, Unit 9, Room 6325
Wilmington, DE 19801-3555

> Re: *International Construction Products LLC* v. *Caterpillar Inc. et al.*,
> Case No. 1:15-cv-00108

Dear Judge Andrews:

I write on behalf of Plaintiff International Construction Products LLC ("ICP") in response to the November 7, 2023 letter submitted to Your Honor by Defendant Caterpillar Inc. ("Caterpillar") regarding the Eleventh Circuit's decision affirming the summary judgment granted in favor of certain Caterpillar dealers—*i.e.*, Ring Power, Thompson, and Ziegler—by a district court in the Northern District of Florida. *Int'l Constr. Prods., LLC* v. *Ring Power Corp.*, Appeal No. 22-10231, 2023 WL 7127515 (11th Cir Oct. 30, 2023) (unpublished per curiam).

Caterpillar does not suggest that this ruling is relevant to any issue currently being consider by the Court or is supplemental authority that might support any pending motion. It is not. This Court has previously held that the factual issues and theory of the case presented on summary judgment to the Florida court (and thus those on appeal before the Eleventh Circuit) are distinct from the issues previously presented in this case:

- "The theory of ICP's case against Caterpillar and Komatsu in this [Delaware] action is not the same as the theory of its case against Ring Power, Thompson, and Ziegler in that [Florida] action." D.I. 456 at 24.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

The Honorable Richard G. Andrews 2

- "Here, the questions are different." *Id.*

- "The Florida Court's finding that there was insufficient evidence to show that the dealers agreed to threaten to withhold equipment from IronPlanet does not preclude a finding that Caterpillar and/or Komatsu conspired with some or all of the dealers to pressure IronPlanet in various ways, including but not limited to threatening to withhold business from IronPlanet until it agreed to terminate its partnership with ICP." *Id.*

Respectfully submitted,

*/s/ Matthew D. Stachel*

Matthew D. Stachel (No. 5419)

cc: All Counsel of Record (*via CM/ECF*)