IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL CONSTRUCTION PRODUCTS LLC,<br><br>  Plaintiff,<br><br>v.<br><br>CATERPILLAR INC.,<br><br>  Defendant. | Case No. 15-cv-108-RGA-SRF |

## TRIAL VERDICT

The jury having deliberated on the claims asserted at trial, and the jury having reached a verdict (D.I. 748 & 749), (1) judgment is entered for Defendant Caterpillar Inc. ("Caterpillar") and against Plaintiff International Construction Products LLC ("ICP") on ICP's antitrust claim; and judgment is entered for ICP and against Caterpillar on ICP's tortious interference with contract claim in the amount of $100,000,000.00 (One Hundred Million Dollars).

IT IS SO ORDERED this 19th day of April, 2024.

_____
United States District Judge