IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL CONSTRUCTION PRODCUTS LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>CATERPILLAR INC., et al,<br><br>    Defendants. | Civil Action No. 15-108-RGA |

<u>ORDER</u>

For the reasons stated in the accompanying Memorandum Opinion, Defendant's motion for judgment as a matter of law (D.I. 734) is DISMISSED as moot; Defendant's renewed motion for judgment as a matter of law and, in the alternative, a motion for a new trial (D.I. 768) is GRANTED in part and DENIED in part; Plaintiff's motion for a new trial (D.I. 770) is DENIED; and Plaintiff's motion to alter or amend the judgment (D.I. 772) is DISMISSED as moot in part and DENIED in part.

IT IS SO ORDERED.

Entered this 31st day of March, 2025

/s/ [signature]
United States District Judge