# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL CONSTRUCTION PRODUCTS LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>CATERPILLAR INC., et al,<br><br>    Defendants, | Case No. 15-cv-108-RGA-SRF |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendant Caterpillar Inc. ("Caterpillar"), by and through undersigned counsel, hereby appeals to the United States Court of Appeals for the Third Circuit from the judgment against Caterpillar entered in this action on April 19, 2024, D.I. 756, the opinion and order entered in this action on March 31, 2025 regarding Caterpillar's post-trial motions, D.I. 792, 793, and any and all orders or rulings antecedent and ancillary thereto.

                Respectfully submitted,

                **BERGER MCDERMOTT LLP**

                */s/ David J. Baldwin*
                David J. Baldwin (Bar No. 1010)
                Peter C. McGivney (Bar No. 5779)
                Periann Doko (Bar No. 5476)
                1105 N Market Street, 11th Floor
                Wilmington, Delaware 19801
                Tel: (302) 650-1150
                Fax: (302) 655-1131
                dbaldwin@bergermcdermott.com
                pmcgivney@bergermcdermott.com
                pdoko@bergermcdermott.com

Dated March 31, 2025            *Signature continued on next page*.

*Of Counsel*:

Joseph A. Ostoyich
William Lavery
Steve Nickelsburg
Danielle Morello
Dorothea R. Allocca
CLIFFORD CHANCE LLP
2001 K Street, NW Washington, DC 20006-1001
Tel: (202) 253-9077

Paul C. Cuomo
Heather Souder Choi
Jeffrey H. Wood
Natalie Cardenas
BAKER BOTTS LLP
700 K Street NW
Washington, 20001
Tel: (202) 639-7700

George W. Hicks, Jr.
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, NW
Washington, DC 20004

*Attorneys for Defendant Caterpillar Inc.*